UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-10-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| NOEL KENYON REDD | |

On motion of the defendant, Noel Kenyon Redd, and for good cause shown, it is hereby

ORDERED that the **[DE 49]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **26** day of **June** 2016

_____
JAMES C. DEVER III
Chief United States District Judge