UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-10-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NOEL KENYON REDD | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 51 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 26 day of June, 2018.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE