IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CR-10-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NOEL KENYON REDD, )<br>)<br>Defendant. ) | **ORDER** |

On October 8, 2020, defendant filed a motion to seal his motion for compassionate release. See [D.E. 94]. For good cause shown, defendant's motion to seal [D.E. 94] is GRANTED.

SO ORDERED. This 11 day of October 2020.

JAMES C. DEVER III
United States District Judge